**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**      Jeffrey P. Colwell, Clerk

**FROM:**    Judge Robert E. Blackburn

**DATE:**    September 19, 2022

**RE:**      Civil Action No.  22-cv-02405
             WildEarth Guardians v. Regan


        Exercising my prerogative as a Senior Judge, I request that this civil action be
reassigned.